USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AUGUST IMAGE, LLC,                          :
                              Plaintiff,    :
                                            :
            -against-                       :            23-CV-1772 (VEC)
                                            :
ONE THIRTY BPM LLC,                         :            ORDER
                                            :
                              Defendant.    :
------------------------------------------------------------X

VALERIE CAPRONI, District Judge:

   WHEREAS Plaintiff has filed proof of service as to the Defendant, Dkt. 8;

   WHEREAS the deadline for the Defendant to answer or otherwise respond to the

Complaint has elapsed, and the Defendant has neither appeared nor answered, *id*;

   WHEREAS pursuant to the Court's order at Dkt. 5, Plaintiff was required to "move for a

default judgment against [the] Defendant in accordance with this Court's Individual Practices no

later than 45 days after the date of the service of the Complaint" if the Defendant failed timely to

appear or respond to the Complaint; and

   WHEREAS Plaintiff has filed for a Clerk's Certificate of Default, Dkts. 9–12, but failed

timely to move for default judgment pursuant to Rule 4(I) of the Undersigned's Individual

Practices in Civil Cases.

   IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why

default judgment should not be entered against all Defendants, in accordance with this Court's

Individual Practices, by no later than **May 31, 2023**, or otherwise show cause why the case

should not be dismissed for failure to prosecute.

**SO ORDERED.**

Date:  May 25, 2023                        _____
       New York, NY                              VALERIE CAPRONI
                                            United States District Judge