USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AUGUST IMAGE, LLC,

                Plaintiff,

      -against-                       23-CV-1772 (VEC)

ONE THIRTY BPM LLC,                 ORDER

                Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, District Judge:

WHEREAS Plaintiff moved for default judgment on **May 31, 2023**, Dkt. 15, and Defendant has not opposed the motion.

IT IS HEREBY ORDERED that, if the Defendant fails to oppose the motion by **June 27, 2023**, the motion will be deemed unopposed.

IT IS FURTHER ORDERED that the parties are ordered to appear for a hearing as to why default judgment should not be entered against the defendant on **Friday, June 30, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that Plaintiff must file proof of service of this order on the Defendant by **June 20, 2023**.

**SO ORDERED.**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Date:  June 16, 2023**
        **New York, NY**