USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/22/2023

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| AUGUST IMAGE, LLC, | : | **MEMO ENDORSED** |
| Plaintiff, | : | |
| v. | : | Civil Action No.: |
| ONE THIRTY BPM LLC, | : | 1:23-cv-01772-VEC |
| Defendant. | : | |

## MOTION TO PARTICIPATE IN CONFERENCE BY TELEPHONE

David C. Deal, Counsel for Plaintiff AUGUST IMAGE, LLC hereby respectfully requests leave to appear before the Honorable Valerie E. Caproni via telephone for the Hearing scheduled for June 30, 2023 at 10:00 AM EST. In support of this motion, Counsel states as follows:

1. Counsel for Plaintiff is currently in Oaxaca, Mexico on a previously planned vacation, returning late evening June 29, 2023.

2. Counsel for Plaintiff's office is located in Charlottesville, Virginia.

WHEREFORE, Counsel for Plaintiff respectfully requests he be permitted to appear telephonically for the Conference scheduled for June 30, 2023 at 10:00 AM EST.

Dated: June 21, 2023

*/s/David C. Deal*
David C. Deal
The Law Office of David C. Deal, P.L.C.
P.O. Box 625
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed the foregoing MOTION TO

PARTICIPATE IN CONFERENCE BY TELEPHONE with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to all counsel of record in this matter.

Dated: June 21, 2023
/s/David C. Deal
David C. Deal
The Law Office of David C. Deal, P.L.C.
P.O. Box 625
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Attorney for Plaintiff*

The show cause hearing scheduled for June 30, 2023, is ADJOURNED to **Friday, July 7, 2023, at 10:00 A.M.**, and will be held in person in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Plaintiff is ordered to file proof of service of the endorsed letter on Defendant by **June 26, 2023**.

SO ORDERED.

06/22/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE